THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GREYLOCK CONSTRUCTION COMPANY, INC., et al., Appellants.

*State — contract — pleading — action by State to recover on contract — counterclaim may not be interposed without its consent.*

People v. Greylock Construction Co., Inc., 213 App. Div. 21, affirmed. (Argued June 12, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered May 20, 1925, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of Special Term denying a motion to strike out certain parts of the answer and counterclaim and granted said motion in an action to recover for an alleged breach of contract. The question was whether in a contract action brought by the State against an individual a counterclaim on contract might be interposed without its consent.

*Arthur E. Rose* for appellants.

*Albert Ottinger,* Attorney-General (*John H. Machan* and *Charles E. McManus* of counsel) for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. CARDOZO, J., votes for for dismissal. Absent: POUND, J.